UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JAYNE E. DUNN | : CASE NO. 20-30039-AMN |
| | : May 20, 2021 |
| Debtor(s) | |

MOTION for CONTINUANCE

Roberta Napolitano, Chapter 13 Trustee, respectfully represents:

The Trustee's Motion to Dismiss (ECF No. 15) and Confirmation of the Third Amended Plan (ECF No. 113) are scheduled to be heard on May 27, 2021.

The Debtor notified the Trustee that she will be away on vacation at the time of the hearings and requested they be continued. The Trustee requests a continuance to June 17, 2021.

The Debtor consents to continuance of the hearing.

WHEREFORE, the Trustee moves that the Court continue the hearing on the Trustee's Motion to Dismiss and Confirmation to June 17, 2021.

/s/ *Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE: : CHAPTER 13
JAYNE E. DUNN : CASE NO. 20-30039-AMN
: May 20, 2021

     Debtor(s)

## CERTIFICATION

This is to certify that a copy of the Motion for Continuance was mailed by first class mail, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
JAYNE E. DUNN
320 PECK LN
CHESHIRE, CT 06410-2039

Served electronically:
ATTORNEY FOR THE DEBTOR(S):
ROBERT J. DELEON:
deleonlaw1@gmail.com

OFFICE OF THE UNITED STATES TRUSTEE:
USTPRegion02.NH.ECF@USDOJ.GOV.

/s/ *Roberta Napolitano*
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE: : CHAPTER 13
JAYNE E. DUNN : CASE NO. 20-30039-AMN
    Debtor(s)

## *Proposed* ORDER CONTINUING HEARING

After review of the Trustee's Motion to Continue her Motion to Dismiss, it is ORDERED that the motion is GRANTED and the hearing on the Trustee's Motion to Dismiss and Confirmation is continued to _____ at _____ a.m./p.m. at the United States Bankruptcy Court Connecticut Financial Center 157 Church Street, 18th Floor New Haven, CT 06510-____ .