**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **JAYNE E. DUNN** | : | **Case No. 20-30039 AMN** |
| **Debtor** | : | |

## LIMITED OBJECTION TO DEBTOR'S PROPOSED THIRD AMENDED PLAN

Virgo Municipal Finance Fund LP ("Virgo"), by and through Coan, Lewendon, Gulliver & Miltenberger, LLC, its counsel, files this limited objection to the confirmation of Debtor's proposed Third Amended Chapter 13 Plan filed herein at ECF No. 113 (the "Plan") and states as follows:

1. This chapter 13 case was commenced by the filing of Debtor's petition on January 10, 2020 (the "Petition Date").

2. Virgo is the holder of real property tax liens constituting first priority liens upon the Debtor's home at 320 Peck Lane, Cheshire, CT and described in Claim no. 3 filed by Virgo on May 13, 2020.

3. Virgo is contractually obligated to pay subsequent real property taxes owed to the Town of Cheshire after they become a certain number of days late. Consequently Virgo has paid the 2019 Grand List first and second installments and has filed its proof of claim No. 4 herein pursuant to Section 1305 of the Code in the sum of $6,597.45.

4. On information and belief Debtor has paid to the Chapter 13 Trustee sufficient funds pre-confirmation to fund the payments of said Claim No. 4 without otherwise impairing Debtor's performance under the Plan.

5. Virgo objects to Debtor's Third Amended Plan only to the extent that it fails to provide for Claim No. 4 filed pursuant to Section 1305.

For the foregoing reasons Virgo Municipal Finance Fund LP objects to the confirmation of Debtor's proposed Third Amended Plan at ECF No. 113 and prays that the court deny confirmation and grant it such other relief as the Court deems appropriate.

Dated at New Haven, Connecticut, this 20th day of May 2021.

Virgo Municipal Finance Fund LP

BY: /s/   Carl T. Gulliver
Carl T. Gulliver
Federal Bar No. ct00944
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT  06511
(203)624-4756
(203)865-3673  FAX
cgulliver@coanlewendon.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **JAYNE E. DUNN** | : | **Case No. 20-30039 AMN** |
|    Debtor | : | |

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing Limited Objection to Debtor's Proposed Third Amended Plan was served via the Court's CM/ECF Service on the Office of the United States Trustee, the Chapter 13 Trustee, Debtor's Chapter 13 counsel, and all parties qualified to receive electronic notice. The undersigned further certifies that on May 20, 2021, the Objection was served on the Debtor via First Class Mail, postage prepaid, as follows:

Jayne E. Dunn
320 Peck Lane
Cheshire, CT 06410-2039

                                                                   /s/ Carl T. Gulliver